UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DANIEL BERNAL LOPEZ, Petitioner, v. CHRISTOPHER LAROSE, et al., Respondents. | Case No.: 26-CV-4105 JLS (SBC) **ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS** (ECF No. 1) |

Presently before the Court is Manuel Daniel Bernal Lopez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1). Also before the Court is Respondents' Return to Petition for a Writ of Habeas Corpus ("Ret.," ECF No. 6). Petitioner did not file at traverse. *See generally* Docket.

Petitioner has resided in the United States since 2023 and alleges that he has been detained since June 2026, when he was arrested after a traffic stop. Pet. ¶¶ 2–3. The Ninth Circuit held that unadmitted non-citizens present in the interior of the United States are subject to 8 U.S.C. § 1226 and are not subject to 8 U.S.C. § 1225. *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th --- (9th Cir. July 30, 2026). Respondents "acknowledge the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases." Ret. at 2. Respondents "do not oppose an order from this Court directing

a bond hearing to be held pursuant to 8 U.S.C. § 1226(a)." *Id.* Therefore, the Petition (ECF No. 1) is **GRANTED IN PART**.

**CONCLUSION**

Based on the foregoing, the Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and **ORDERS** the Government to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within fourteen (14) days, unless Petitioner, the non-citizen, requests a continuance. Bond **SHALL NOT** be denied on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention. The non-citizen bears the burden of demonstrating, by a preponderance of the evidence, that they are not a danger to the community or a flight risk. *See Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1197 (9th Cir. 2022). The Court **DENIES IN PART** the Petition to the extent that Petitioner requests to be released from custody.

The Parties **SHALL FILE** a status report informing the Court of the outcome of the hearing or informing the Court of Petitioner's request for a continuance by August 28, 2026. The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 6, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge